```
IN RE:                                              CASE NO. 08-50134-S

KEITH ALAN KIRKLAND, SR.                            CHAPTER 7

       Debtor                                       REPORT OF DIVIDEND
                                                    UNDER FIVE DOLLARS
```

FILED 2011 JAN 14 PM 2:08 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

Harold A. Corzin, Trustee herein, reports that check #111 in the amount of $4.63 was issued on January 11, 2011 to the Clerk of Courts in payment of a dividend under $5.00 for the following unsecured creditor:

|  |  | Amt. of Dividend |
|---|---|---|
| Claim #1 | American Dental Centers<br>6140 Parkland Blvd<br>Suite 100<br>Cleveland, OH 44124 | $ 4.63 |
| TOTAL: |  | $ 4.63 |

_____
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Rd.
Akron, Ohio 44333
(330) 670-0770

January 11, 2011

*ck #111*
*receipt # 82057*